TOTAL TIME: 1 hours 25 minutes

HONORABLE M.R. Kravitz
DEPUTY CLERK K. Ghilardi
RPTR/ERO/TAPE R. Rodko
CT/cvtnhrg (January 10, 2002)

DATE Nov 21, 2003   START TIME 2:20   END TIME 3:45
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Bruno

vs

Sonalysts, Inc.

CIVIL NO. 3:01cv1501mRK

Susan Mara Phillips
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Erin O'Brien Choquette
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

☑ #44   Motion Summary Judgment   ☐ granted ☐ denied ☑ advisement

Hearing continued until _____ at _____