UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEANNE M. BRUNO, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL NO.   3:01CV1501 (MRK) |
| | : | |
| SONALYSTS, INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER

No later than **December 12, 2003**, the parties in the above-captioned case shall submit supplemental briefs addressing the issues specified by the Court in connection with the oral argument on defendant's Motion for Summary Judgment on November 21, 2003. The parties shall then file their replies, not to exceed ten (10) pages, no later than **December 22, 2003**.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: November 21, 2003.