UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



| | | |
|---|---|---|
| JEANNE BRUNO,<br>　　　Plaintiff | : | CIVIL ACTION NO.<br>3:01 CV 1501(MRK) |
| v. | : | |
| SONALYSTS, INC.<br>　　　Defendant | : | May 6, 2004 |

## APPEARANCE

To the Clerk of this court and all parties of record:

　　Please enter my appearance as counsel on behalf of the Plaintiff in this matter.

　　　　　　　　　　　　　　　　THE PLAINTIFF, JEANNE BRUNO

　　　　　　　　　　　　　　　　Barbara E. Gardner
　　　　　　　　　　　　　　　　Attorney at Law
　　　　　　　　　　　　　　　　Fed Bar No. ct07623
　　　　　　　　　　　　　　　　843 Main Street, Suite 1-4
　　　　　　　　　　　　　　　　Manchester, CT 06040
　　　　　　　　　　　　　　　　(860) 643-5543
　　　　　　　　　　　　　　　　(860)645-9554(fax)
　　　　　　　　　　　　　　　　Bg@bgardnerlaw.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid on this 6th day of May, 2004 to the following counsel of record:

David A. Kulle
Erin K. O'Brien
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Susan M. Phillips
Suisman, Shapiro, Wool, Brennan,
Gray & Greenberg, P.C.
P.O. Box 1591
New London, CT 06230

*Barbara E. Gardner*
Barbara E. Gardner

2