UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEANNE BRUNO | : | CIVIL ACTION NO. 3:01CV1501(MRK) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SONALYSTS, INC. | : | |
| Defendant. | : | JULY 23, 2004 |

### DEFENDANT'S MOTION TO RENEW MOTION FOR SUMMARY JUDGMENT

Sonalysts, Inc. hereby renews its motion for summary judgment in the above-captioned matter. In support of its renewed motion for summary judgment, Sonalysts incorporates by reference the memorandum of law in support of its motion for summary judgment, the Local Rule 56(a)(1) statement of undisputed facts, and appendix of exhibits, each filed on July 11, 2003; the defendant's reply to plaintiff's opposition to defendant's motion for summary judgment, filed on October 1, 2004; defendant's supplemental memorandum of law in support of summary judgment, filed on December 12, 2004; and defendant's reply to plaintiff's supplemental brief re Rule 408 issues, filed on December 22, 2004.

The defendant reserves its right to respond to any additional pleadings or exhibits that may be filed by the plaintiff in this matter.

DEFENDANT
SONALYSTS, INC.

By: _____
David A. Kulle (ct 00333)
dkulle@rc.com
Erin O'Brien Choquette (ct 18585)
echoquette@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

## CERTIFICATION

This is to certify that a copy of the foregoing pleading was sent via facsimile and first class U.S. mail, postage prepaid, on the 23rd day of July 2004 to the following:

Barbara E. Gardner, Esq.
843 Main Street, Suite 1-4
Manchester, CT 06040

Susan M. Phillips, Esq.
Suisman, Shapiro, Wool, Brennan, Gray & Greenberg, P.C.
Two Union Plaza, Suite 200
P.O. Box 1591
New London, CT 06320

_____
Erin O'Brien Choquette