UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEANNE M. BRUNO, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL NO.   3:01CV1501 (MRK) |
| | : | |
| SONALYSTS, INC., | : | |
| | : | |
| Defendant. | : | |

## SCHEDULING ORDER

Having conferred telephonically with the parties on July 27, 2004, the following schedule shall govern:

1. Any depositions of Ms. Phillips and Ms. DeTora shall be completed no later than **September 1, 2004**.

2. Plaintiff shall file her response to Defendant's Motion To Renew Motion For Summary Judgment, including any supplemental material directed to the issues identified in the Court's March 31, 2004 Ruling and Order [doc. # 66], no later than **September 17, 2004**.

3. Defendant shall file its reply brief to Plaintiff's response to Defendant's Motion To Renew Motion For Summary Judgment no later than **October 8, 2004**.

IT IS SO ORDERED.

/s/   Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: August 3, 2004.