UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephonic Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Tuesday, July 27, 2004
5:30 p.m.

CASE NO. **3:01cv1501**   **Bruno v Sonalysts Inc.**

Barbara E. Gardner
843 Main St., Suite 1-4
Manchester, CT 06040
860-643-5543

Susan Mara Phillips
Suisman, Shapiro, Wool
Brennan, Gray & Greenberg
2 Union Plaza, Ste. 200
P.O. Box 1591
New London, CT 06320
860-442-4416

Helen M. Kemp
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597
860-275-8200

Erin O'Brien Choquette
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597
860-275-8200

STATUS CONFERENCE HELD
DATE: 7/27/04

15 min.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK