FILED

Aug 20  2 57 PM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
U.S. DISTRICT COURT
NEW HAVEN, CONN.

```
*******************************
JEANNE BRUNO                   *    CIVIL ACTION NO.: 3:01CV1501 (MRK)
                               *
                               *
vs.                            *
                               *
SONALYSTS, INC.
                               *    AUGUST 18, 2004
*******************************
```

TO:   Clerk, United States District Court
      141 Church Street
      New Haven, CT 06510

Please enter the appearance of Frank J. Liberty in the above-entitled action as attorney for the deponent SUSAN PHILLIPS.

Frank J. Liberty, Esq. of
The Liberty Law Firm, LLC
111 Huntington Street
P.O. Box 2196
New London, CT 06320
Ph:    (860) 437-7722
Fax:   (860) 439-0040
Liberty_law_firm@sbcglobal.net
Federal Bar No.: ct14089

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, postage-prepaid on this 18th day of August, 2004 to the foregoing:

Barbara E. Gardner
843 Main Street
Suite 1-4
Manchester, CT 06040

Susan Phillips
P.O. Box 1591
New London, CT 06320

David A. Kulle
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103-3597

Erin O'Brien
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103-3597

Frank J. Liberty
Commissioner of the Superior Court

00159950.WPD; v.          -2-