UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEANNE BRUNO, | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:01 CV 1501(MRK) |
| | : | |
| v. | : | |
| | : | |
| SONALYSTS, INC. | : | |
|     Defendant | : | September 17, 2004 |

### AFFIDAVIT OF BARBARA E. GARDNER

I, Barbara E. Gardner, being of full age and understanding the obligations of an oath do depose and say:

1. I am counsel for the plaintiff in this matter and make these statements based on personal knowledge.

2. Attached as Exhibit 1 are true and correct copies of portions of the transcript of the deposition of Susan Phillips, Esq. taken on August 19, 2004.

3. Attached as Exhibit 2 are true and correct copies of portions of the transcript of the deposition of Alice DeTora, Esq. taken on August 19, 2004.

4. Attached as Exhibit 3 is a true and correct copy of a letter dated September 8, 2000 from Susan Phillips to Alice DeTora marked as Exhibit 3 at the deposition of Susan Phillips on August 19, 2004.