FILED
SEP 20

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEANNE BRUNO, | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:01 CV 1501(MRK) |
| | : | |
| v. | : | |
| | : | |
| SONALYSTS, INC. | : | |
|     Defendant | : | September 17, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that Plaintiff has manually filed the following document or thing:

Exhibits attached to Supplemental Memorandum in Opposition to Summary Judgment.

These documents have not been filed electronically because counsel does not own a scanner and is unable to convert the documents to electronic format.

The document has been manually served on all parties.

THE PLAINTIFF, JEANNE BRUNO

*Barbara E. Hard* (signature)
Barbara E. Gardner
Attorney at Law
Fed Bar No. ct07623
843 Main Street, Suite 1-4
Manchester, CT 06040
(860) 643-5543
(860)645-9554(fax)
Bg@bgardnerlaw.com

## CERTIFICATION

     I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid on this 17th day of September, 2004 to the following counsel of record:

David A. Kulle
Erin K. O'Brien Choquette
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Susan M. Phillips
Suisman, Shapiro, Wool, Brennan,
Gray & Greenberg, P.C.
P.O. Box 1591
New London, CT 06230

/s/ Barbara E. Gardner
Barbara E. Gardner