## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEANNE BRUNO | : | CIVIL ACTION NO. 3:01CV1501(MRK) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SONALYSTS, INC. | : | |
| Defendant. | : | OCTOBER 8, 2004 |

### NOTICE OF MANUAL FILING

Please take notice that the Defendant has manually filed the following document:

1.      Defendant's Reply to Plaintiff's September 17, 2004 Supplemental Memorandum.

This document has not been filed electronically because the electronic file size of the document exceeds 1.5 megabytes. This document has been manually served on all parties.

DEFENDANT
SONALYSTS, INC.

By: _David A. Kulle_

David A. Kulle (ct 00333)
dkulle@rc.com
Erin O'Brien Choquette (ct 18585)
echoquette@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

## <u>CERTIFICATION</u>

This is to certify that a copy of the foregoing pleading was mailed, postage prepaid, to the

following on the 8th day of October 2004:

Barbara Gardner, Esq.
843 Main St., Suite 1-4
Manchester, CT 06040

Erin O'Brien Choquette

2