UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| JEANNE M. BRUNO | \* | |
| Plaintiff | \* | CASE NO.: 3:01CV1501 (MRK) |
| vs. | \* | |
| | \* | |
| SONALYSTS, INC. | \* | |
| | \* | JANUARY 3, 2005 |
| Defendants | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION IN LIMINE TO PRECLUDE TESTIMONY OF ALICE DETORA**

Plaintiff, Jeanne M. Bruno, respectfully moves in limine requesting that the court enter an order that Alice DeTora be precluded from testifying at the trial of the above captioned matter. Plaintiff relies on the attached Memorandum of Law and Exhibits in support of this Motion.

THE PLAINTIFF,
JEANNE M. BRUNO

By: _____
Barbara E. Gardner
Attorney at Law
843 Main Street, Suite 1-4
Manchester, CT 06040
Ph: (860) 643-5543
Fx: (860) 645-9554
Bg@bgardnerlaw.com
Fed Bar No. Ct07623

**ORAL ARGUMENT NOT REQUESTED**

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage-prepaid, this 5th day of January, 2005, to the foregoing:

David A. Kulle
Erin O'Brien Choquette
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103-3597

_____
Barbara E. Gardner