FILED

2005 JAN -5 P 1:55

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

US DISTRICT COURT
NEW HAVEN, CT

| | | |
|---|---|---|
| JEANNE BRUNO, | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:01 CV 1501(MRK) |
| | : | |
| v. | : | |
| | : | |
| SONALYSTS, INC. | : | |
| Defendant | : | January 3, 2005 |

### NOTICE OF MANUAL FILING

Please take notice that Plaintiff has manually filed the following document or thing:

Exhibits A and B attached to Motion in Limine to Preclude Testimony of Alice DeTora.

These documents have not been filed electronically because counsel does not own a scanner and is unable to convert the documents to electronic format.

The documents have been manually served on all parties.

THE PLAINTIFF, JEANNE BRUNO

Barbara E. Gardner
Attorney at Law
Fed Bar No. ct07623
843 Main Street, Suite 1-4
Manchester, CT 06040
(860) 643-5543
(860)645-9554(fax)
Bg@bgardnerlaw.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid on this 3rd day of January, 2005 to the following counsel of record:

David A. Kulle
Erin K. O'Brien Choquette
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

*Barbara E. Gardner*
Barbara E. Gardner

2