UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| JEANNE M. BRUNO | \* | |
| Plaintiff | \* | CASE NO.: 3:01CV1501 (MRK) |
| vs. | \* | |
| | \* | |
| SONALYSTS, INC. | \* | |
| | \* | JANUARY 13, 2005 |
| Defendants | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MOTION FOR REFERRAL TO MAGISTRATE

_____The plaintiff, Jeanne M. Bruno, respectfully requests that this matter be referred to Magistrate Garfinkel for purposes of conducting a settlement conference. This matter is scheduled for trial in March, 2005. At no point in the proceedings thus far have the parties been referred to a Magistrate. Prior to expending attorney's fees for trial preparation, the plaintiff wishes to have an opportunity to attempt to resolve the matter. Counsel for defendant has no objection to this Motion. This is the first request for referral to a Magistrate by plaintiff.

THE PLAINTIFF, JEANNE M. BRUNO

By: _____
Barbara E. Gardner
Attorney at Law
843 Main Street, Suite 1-4
Manchester, CT 06040
Ph: (860) 643-5543
Fx: (860) 645-9554
Bg@bgardnerlaw.com
Fed Bar No. Ct07623

## **CERTIFICATION**

    I hereby certify that a copy of the foregoing was mailed, postage-prepaid, this 13th day of January, 2005, to the foregoing:

David A. Kulle  
Erin O'Brien Choquette  
Robinson & Cole  
280 Trumbull Street  
Hartford, CT 06103-3597

                                                                                                                                                                                                  _____  
                                                                                                                                                                                                Barbara E. Gardner