### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEANNE BRUNO | : | CIVIL ACTION NO. 3:01CV1501(MRK) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SONALYSTS, INC. | : | |
| Defendant. | : | JANUARY 26, 2005 |

### DEFENDANT'S MOTION FOR EXTENSION
### OF TIME TO RESPOND TO PLAINTIFF'S MOTION IN LIMINE

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, and Rule 7(b)(1) of the Local Rules of Civil Procedure, the defendant, Sonalysts, Inc., respectfully moves for an extension of time until February 14, 2005 to file objection to plaintiff's motion *in limine* to preclude the testimony of Alice DeTora. In support of this motion, Sonalysts states as follows:

1.    Plaintiff's motion in limine was filed on January 3, 2005. Sonalysts' objection to this motion would otherwise be due on January 26, 2005.

2.    The trial in this matter has been postponed from March 7, 2005 until April 11, 2005 and the deadline for filing the joint trial memorandum has been postponed from January 31, 2005 until March 14, 2005.

3.    The additional time requested in needed in order to enable Sonalysts to respond fully to the claims raised by the plaintiff in her motion.

4.    The plaintiff has no objection to this requested extension of time.

5.    This is Sonalysts' first motion for an extension of time to object to plaintiff's motion *in limine*.

For all these reasons, Sonalysts respectfully moves the Court for an extension of time

until February 14, 2005 to file its objection to plaintiff's motion *in limine*.

                              DEFENDANT
                              SONALYSTS, INC.


                    By: *E. OB Choquette*
                              David A. Kulle (ct 00333)
                              dkulle@rc.com
                              Erin O'Brien Choquette (ct 18585)
                              echoquette@rc.com
                              Robinson & Cole LLP
                              280 Trumbull Street
                              Hartford, CT  06103-3597
                              Tel. No.: (860) 275-8200
                              Fax No.: (860) 275-8299



                        **CERTIFICATION**

This is to certify that a copy of the foregoing pleading was mailed, postage prepaid, to the

following on the 26th day of January 2005:

Barbara Gardner, Esq.
843 Main St., Suite 1-4
Manchester, CT 06040

                              *E. OB Choquette*
                              Erin O'Brien Choquette


                              2