UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEANNE M. BRUNO, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL NO. 3:01CV1501 (MRK) |
| | : | |
| SONALYSTS, INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

___   All purposes except trial, unless the parties consent to trial before the magistrate judge

___   A ruling on all pretrial motions except dispositive motions

___   To supervise discovery and resolve discovery disputes

___   A ruling on the following motions which are currently pending: Doc. #
_____
_____

_X_   A settlement conference. **The pursuit of settlement negotiations, and a referral to a magistrate judge for purposes of a settlement conference, does not relieve the parties of their obligation to adhere to scheduling deadlines absent a court order to that effect.**

___   A conference to discuss the following:
_____

___   Other:_____

SO ORDERED this 26th day of January, 2005 at New Haven, Connecticut.

/s/      Mark R. Kravitz
United States District Judge