UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEANNE BRUNO, | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:01 CV 1501(MRK) |
| | : | |
| v. | : | |
| | : | |
| SONALYSTS, INC. | : | |
| Defendant | : | March 1, 2005 |

## JOINT STIPULATION FOR DISMISSAL
## WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the plaintiff and the defendant stipulate that the above captioned suit be dismissed in its entirety with prejudice, and without costs or fees being awarded to any of the parties. Dismissal with prejudice as to the entire action is voluntarily and knowingly agreed to by the parties and so stipulated.

DEFENDANT, SONALYSTS, INC.                    PLAINTIFF, JEANNE BRUNO

/s/ Erin O'Brien Choquette                    /s/ Barbara E. Gardner

Erin O'Brien Choquette ct18585                Barbara E. Gardner ct07623
Robinson & Cole LLP                           843 Main Street, Suite 1-4
280 Trumbull Street                           Manchester, CT 06040
Hartford, CT 06103-3597                       (860)643-5543
((860)275-8291                                Bg@bgardnerlaw.com
echoquette@rc.com

## CERTIFICATION

This is to certify that a copy of the foregoing pleading was sent via Federal Express, postage prepaid, to the following on the 17th day of March 2005:

Barbara Gardner, Esq.
843 Main St., Suite 1-4
Manchester, CT 06040

                                         _____
                                         Erin O'Brien Choquette