UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEANNE BRUNO | : | CIVIL ACTION NO. 3:01CV1501(MRK) |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SONALYSTS, INC. | : | |
|     Defendant. | : | October 22, 2003 |

## NOTICE OF SERVICE OF OFFER OF JUDGMENT

The Defendant, Sonalysts, Inc., hereby gives notice that on October 22, 2003, pursuant to Rule 68 of the Federal Rules of Civil Procedure, it served an Offer of Judgment upon the Plaintiff, Jeanne Bruno.

United States District Court
District of Connecticut
FILED AT NEW HAVEN
10-23-2003
Kevin F. Rowe, Clerk
By: Michelle Dhamar
Deputy Clerk

DEFENDANT
SONALYSTS, INC.

By: _David A. Kulle_
David A. Kulle (ct 00333)
dkulle@rc.com
Erin O'Brien Choquette (ct 18585)
echoquette@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

## CERTIFICATION

This is to certify that a copy of the foregoing pleading was sent via facsimile and U.S. mail, postage prepaid, to the following on the 22nd day of October, 2003.

Susan M. Phillips
Suisman, Shapiro, Wool, Brennan, Gray & Greenberg, P.C.
Two Union Plaza, Suite 200
P.O. Box 1591
New London, CT 06320

_____
David A. Kulle